**Opinion filed January 15, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00107-CV

_____

## COVE MINI STORAGE, INC.; GORDON MICKAN; MARCUS MICKAN; KEN CRAIG AND AMYE CRAIG AS TRUSTEES OF THE KEN AND AMYE CRAIG TRUST; KEN CRAIG; AND AMYE CRAIG, Appellants

## V.

## FIRST AMERICAN TITLE INSURANCE COMPANY, Appellee

### On Appeal from the 91st District Court

### Eastland County, Texas

### Trial Court Cause No. CV-1042068A

### M E M O R A N D U M   O P I N I O N

Appellants have filed in this court an unopposed motion for dismissal with prejudice. In the motion, Appellants "move for dismissal with prejudice of this lawsuit." In accordance with Appellants' request to dismiss this lawsuit, we dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

January 15, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.